United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4007

_____

| | | |
|---|---|---|
| Michael McCaslin, by his guardian ad litem, Bonnie McCaslin, | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Bonnie McCaslin, guardian ad litem, | * | |
| | * | |
| Interested Party, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| County of York, | * | District of Nebraska |
| | * | |
| Defendant, | * | [UNPUBLISHED] |
| | * | |
| Dale Radcliff, Deputy Sheriff of York County, in his official and individual capacity, | * | |
| | * | |
| | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: February 6, 1998
Filed: February 25, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Michael McCaslin appeals from a final order of the United States District Court[1] for the District of Nebraska dismissing his complaint with prejudice for failure to prosecute under Fed. R. Civ. P. 41(b). We have carefully reviewed the entire record, and we conclude the district court did not abuse its discretion in denying McCaslin his third appointed counsel or in dismissing the action for failure to prosecute. See Swope v. Cameron, 73 F.3d 850, 851-52 (8th Cir. 1996) (standard of review for denial of appointment of counsel); Sterling v. United States, 985 F.2d 411, 412 (8th Cir. 1993) (per curiam) (standard of review for Rule 41(b) dismissal).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.